UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14452-CIV-MARRA

FRANCIS MARTINEZ,

    Plaintiff,

v.

S S AND M AUTOMOTIVE, INC.,
d/b/a TOYOTA OF VERO BEACH,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This Cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, which was filed on February 3, 2017 (DE 13). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of February, 2017.

                                                                           KENNETH A. MARRA
                                                                          United States District Judge